# Court of Appeals
# of the State of Georgia

ATLANTA,  April 09, 2025

*The Court of Appeals hereby passes the following order:*

## A25A1490. ROMER SEPULVEDA et al v. ARIEL SANCHEZ et al.

Romer Sepulveda and Prolectric, LLC ("Sepulveda") filed a complaint for declaratory judgment against defendants Ariel Sanchez and Paola Rosario, who asserted counterclaims. Sepulveda dismissed his complaint, and the trial court conducted a bench trial on the counterclaims. The trial court found in favor the defendants, ordering Sepulveda to pay damages and attorney fees and to deliver title to a vehicle to Rosario. Sepulveda appealed, and we affirmed in an unpublished opinion. See Case No. A24A1064 (July 12, 2024). Following remittitur, the trial court entered an amended final order correcting the VIN of the vehicle awarded to Rosario. Sepulveda filed a notice of appeal from this order, seeking to challenge the underlying judgment. We, however, lack jurisdiction.

"It is axiomatic that the same issue cannot be relitigated ad infinitum. The same is true of appeals of the same issue on the same grounds." *Jordan v. State*, 253 Ga. App. 510, 511-512 (2) (559 SE2d 528) (2002) (citation and punctuation omitted). See also *PHF II Buckhead LLC v. Dinku*, 315 Ga. App. 76, 78–79 (1) (726 SE2d 569) (2012) (a decision of this Court constitutes res judicata, and bars subsequent appeals from the same judgment). Accordingly, our opinion in the prior case is res judicata, which bars the instant appeal. See *Jordan*, 253 Ga. App. at 512.

For these reasons, this appeal presents no issue for appellate review, and it is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___04/09/2025_____*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*